# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE TRACKING OF A GREEN IN COLOR 1998 DODGE RAM PICKUP, NORTH DAKOTA LICENSE PLATE 064AEC, VEHICLE IDENTIFICATION NUMBER 3B7HF13ZXWG109023. | ) ) ) ) ) ) | **ORDER**<br><br>Case No. 1:16-mj-072 |

On May 27, 2016, Government returned the tracking warrant "unexecuted/uninstalled." It simultaneously filed a Motion to Seal, averring that the public disclosure of this matter at the present time may compromise an ongoing investigation.

For good cause shown, the court **GRANTS** the Government's motion (Docket No. 3). The above-entitled action shall remain under seal until November 28, 2016.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court